# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERIHU HADERA FKADU,<br><br>　　　　　　　　　　Plaintiff,<br>vs.<br>LINDA PERSONS, Director, Atascadero State Hospital.<br>　　　　　　　　　　Defendants. | CASE NO. 13-CV-2693-LAB-JMA<br><br>**ORDER ADOPTING REPORT & RECOMMENDATION** |

Fkadu filed a habeas petition pursuant to 28 U.S.C. § 2254 on November 7, 2013. Pursuant to 28. U.S.C. § 636, the petition was referred to Magistrate Judge Adler for Report and Recommendation ("R&R"). Judge Adler issued his R&R on September 23, 2014, recommending that Fkadu's petition be denied. Judge Adler ordered that any objections to the R&R be filed by October 14, 2014. Fkadu has filed no objections.

"The court shall make a de novo determination of those portions of the [R&R] to which objection is made." § 636(b). Moreover, § 636(b)(1) does not require some lesser review by the district court when no objections are filed. *Thomas v. Arn*, 474 U.S. 140, 149-50 (1985). The Ninth Circuit has determined that the "statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*,

//
//
//

but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (emphasis in original).

The Court has reviewed the R&R and finds it correct. The R &R is **ADOPTED** and the petition is **DENIED**.

**IT IS SO ORDERED**.

DATED: February 13, 2015

*[signature]*

**HONORABLE LARRY ALAN BURNS**
United States District Judge